IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT ROMERO, | § § | |
| Petitioner, | § § | CIVIL ACTION NO. H-18-2193 |
| v. | § § | |
| LORIE DAVIS, | § § | |
| Respondent. | § § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the ___ day of September, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

6